IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Judge David Folsom

| | | |
|---|---|---|
| INFORMATION PROTECTION AND | )( | |
| AUTHENTICATION OF TEXAS | )( | |
| | )( | |
| | )( | |
| V. | )( | CIVIL NO. 2:08CV484 |
| | )( | |
| SYMANTEC CORP | )( | |

---

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | William Davis |
| ATTORNEY FOR DEFENDANTS: | Diane DeVasto; Mark Flagel; Gill Gillam; Casey Kniser; Louis Riley; Jeremy Hart; Jim Davis; Joe Patino; Sarah Saunders; Luiz von Paumgarten; Eric Albritton; |
| LAW CLERK: | David Keyzer |
| COURTROOM DEPUTY: | Mel Martin |
| COURT REPORTER: | Libby Crawford |

---

HEARING ON OBJECTIONS TO R&R
June 9, 2009 @ 10:00 a.m.

OPEN:   9:59 _____ ADJOURN:   10:22

---

9:59    ct opens; ptys announce ready; ct/ 20 mins each side;

9:59    Flagel/ makes argument to the ct;

10:03   ct/ under first file rule;

10:03   Flagel/ responds;

10:04   ct/ current status of Florida action;

10:04   Flagel/ correct;

10:05   ct/ additional comments or do we want response;

10:05   Saunders/ address' the ct;

10:06   ct/ hold harmless agreements; not all dfts have that agreement; do we know what those numbers are; 22 dfts in this case and some dfts have not objected to report and recommendation;

10:06   Flagel/ don't have number;

10:07   ct/ objections should reflect how many have indemnity claims;

10:07   Saunders/ address' the ct;

10:09   Davis/ responds;

10:10   ct/ transfer issue;

10:10   Davis/ suggested transfer;

10:11   ct/ not as concerned with denial of injunction; more concerned with transfer issue;

10:11   Davis/ continues with response;

10:13   ct/ compelling circumstances why this case should be transferred to Florida;

10:14   Davis/ responds;

10:17   ct/ how many dfts have indemnity agreements;

10:18   Davis/ no;

10:18   Flagel/ reply;

10:21   Saunders/ reply;

10:22   ct/ will try to have something out no later than tomorrow;

10:22   recess;