# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INFORMATION AUTHENTICATION AND PROTECTION OF TEXAS, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:08-cv-484-DF |
| v. | § § | **JURY TRIAL DEMANDED** |
| SYMANTEC CORP., et al., | § § § | |
| Defendants. | § | |

## SECOND AMENDED DOCKET CONTROL ORDER

The Court grants the unopposed motion to amend the docket control order as follows:

| STEP | ACTION | RULE | PLAINTIFF'S PROPOSED DUE DATE |
|---|---|---|---|
| 1 | Initial Case Management Conference | P.R. 2-1; Fed. R. Civ. P. 26(f) | September 15, 2009 |
| 2 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of a reasonable number of representative claims | P.R. 3-1 | September 25, 2009 |
| 3 | Patentee makes Document Production Accompanying Disclosure | P.R. 3-2 | September 25, 2009 |
| 4 | Initial Disclosures | Fed. R. Civ. P. 26(a)(1) | October 9, 2009 |
| 5 | Accused Infringers serve Preliminary Invalidity Contentions | P.R. 3-3 | December 2, 2009 |
| 6 | Accused Infringers make Document Production Accompanying Preliminary Invalidity Contentions | P.R. 3-4 | December 2, 2009 |
| 7 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringers and the Court | | June 16, 2010 |

| STEP | ACTION | RULE | PLAINTIFF'S PROPOSED DUE DATE |
|---|---|---|---|
| 8 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | P.R. 4-1(a) | May 28, 2010 |
| 9 | All parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | | June 18, 2010 |
| 10 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | P.R. 4-2 | June 25, 2010 |
| 11 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | P.R. 4-2(c) | July 9, 2010 |
| 12 | All parties jointly file Joint Claim Construction and Prehearing Statement | P.R. 4-3 | July 30, 2010 |
| 13 | Deadline to join other parties without leave of Court, which shall be at least 60 days before the deadline for filing dispositive motions | | January 29, 2010 |
| 14 | Deadline to file amended pleadings without leave of Court, which shall be at least 30 days before the deadline for filing dispositive motions | | June 30, 2010 |
| 15 | Completion of Claim Construction Discovery | P.R. 4-4 | August 17, 2010 |
| 16 | Patentee files opening claim construction brief | P.R. 4-5(a) | September 9, 2010 |
| 17 | Accused infringers file responsive claim construction brief | P.R. 4-5(b) | September 30, 2010 |
| 18 | Patentee files reply brief on claim construction | P.R. 4-5(c) | October 8, 2010 |
| 19 | ONLY WITH LEAVE OF COURT Accused infringer files sur- | | October 15, 2010 |

- 2 -

| STEP | ACTION | RULE | PLAINTIFF'S PROPOSED DUE DATE |
|---|---|---|---|
|  | reply brief on claim construction |  |  |
| 20 | Parties file Joint Claim Construction Chart | P.R. 4-5(d) | November 11, 2010 |
| 21 | Pre-hearing Conference and technical tutorial if necessary |  | December 8, 2010 @ 2:00 |
| 22 | Claim Construction Hearing | P.R. 4-6 | December 9, 2010 at 9:00 a.m. in Texarkana |
| 23 | Court's Claim Construction Ruling |  | Subject to the Court's scheduling and/or use of a technical advisor |
| 24 | Patentee makes Final Infringement Contentions | P.R. 3-6(a) | 30 days after claim construction ruling |
| 25 | Accused Infringer makes Preliminary Unenforceability Contentions and Accompanying Document Production |  | 40 days after claim construction ruling |
| 26 | Accused Infringer makes Final Invalidity Contentions | P.R. 3-6(b) | 50 days after claim construction ruling |
| 27 | Accused Infringer makes disclosure relating to willfulness | P.R. 3-8 | 50 days after claim construction ruling |
| 28 | Accused Infringer makes Final Unenforceability Contentions and Document Production Accompanying Final Unenforceability Contentions |  | 60 days after claim construction ruling |
| 29 | Deadline for completion of all fact discovery, which shall be at least 90 days before the final pre-trial conference |  | On or about 80 days after claim construction ruling |
| 30 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof | Fed. R. Civ. P. 26(a)(2); L.R. CV-26(b) | 90 days after claim construction ruling |
| 31 | Deadline for disclosure of rebuttal expert testimony | Fed. R. Civ. P. 26(a)(2); L.R. CV-26(b) | 110 days after claim construction ruling |
| 32 | Deadline for late mediation |  | May 27, 2011 |

| STEP | ACTION | RULE | PLAINTIFF'S PROPOSED DUE DATE |
|---|---|---|---|
|  | at the Parties' request |  |  |
| 33 | Deadline for completion of expert discovery |  | 30 days after rebuttal expert testimony |
| 34 | Deadline for objections to other parties' expert witnesses |  | 40 days after rebuttal expert testimony |
| 35 | Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 75 days before the initial pretrial conference |  | June 3, 2011 |
| 36 | Deadline for filing all *Daubert* motions |  | June 3, 2011 |
| 37 | Deadline for parties to make pretrial disclosures | Fed. R. Civ. P. 26(a)(3) | August 5, 2011 |
| 38 | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form |  | August 5, 2011 |
| 39 | Defendants to Provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form |  | August 19, 2011 |
| 40 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms, and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motion in Limine, deposition designations, and exhibits and shall submit to the Court in writing any objections they may have to the other |  | August 26, 2011 |

| STEP | ACTION | RULE | PLAINTIFF'S PROPOSED DUE DATE |
|---|---|---|---|
| | party's Motions in Limine, deposition designations, and exhibits. | | |
| 41 | Initial Pretrial Conference and hearing on Motions in Limine if required and hearing on objections to deposition designations and exhibits | | **Court will set at a later date.** |
| 42 | Final Pretrial Conference before Judge David Folsom | | October 3, 2011 |
| 43 | Jury Selection before Judge David Folsom | | October 4, 2011 |

**SIGNED this 9th day of March, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE